IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOY MILLWOOD                                                                                       PLAINTIFF

V.                                          3:13CV00087-JJV

CAROLYN W. COLVIN, Acting
Commissioner, Social Security
Administration                                                                                     DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 28th day of May, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE